Same case below, 380 Fed. Appx. 331.

**No. 10-7531. Bernard A. White, Petitioner v. Derral G. Adams, Warden.**

562 U.S. 1186, 131 S. Ct. 1011, 178 L. Ed. 2d 840, 2011 U.S. LEXIS 863.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7532. Woodrow Wilson Williams, Petitioner v. Lloyd Massey, Warden, et al.**

562 U.S. 1186, 131 S. Ct. 1011, 178 L. Ed. 2d 840, 2011 U.S. LEXIS 857.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 384 Fed. Appx. 335.

**No. 10-7533. Elliott Young, Petitioner v. Mississippi.**

562 U.S. 1186, 131 S. Ct. 1012, 178 L. Ed. 2d 840, 2011 U.S. LEXIS 772.

January 18, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 10-7537. Alexander Joel Huerta, Petitioner v. Arizona.**

562 U.S. 1186, 131 S. Ct. 1012, 178 L. Ed. 2d 840, 2011 U.S. LEXIS 821.

January 18, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

Same case below, 223 Ariz. 424, 224 P.3d 240.

**No. 10-7541. Anthony Threatt, Petitioner v. Terri Arredia, et al.**

562 U.S. 1186, 131 S. Ct. 1012, 178 L. Ed. 2d 840, 2011 U.S. LEXIS 714.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-7542. Javier Ybarra, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1186, 131 S. Ct. 1012, 178 L. Ed. 2d 840, 2011 U.S. LEXIS 792.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7547. James D. Allen, Petitioner v. L. E. Scribner, Warden, et al.**

562 U.S. 1186, 131 S. Ct. 1012, 178 L. Ed. 2d 840, 2011 U.S. LEXIS 723.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 392 Fed. Appx. 565.